> **FILED**
> CLERK, U.S. DISTRICT COURT
>
> January 28, 2021
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY: _____ VPC _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE VALDES**, individually on behalf of all others similarly situated, | CASE NO. 2:19-cv-02822 SB (AGRx) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| **COLDWELL BANKER REAL ESTATE, LLC,** a California limited liability company, | |
| Defendant. | |

Pursuant to the parties' stipulation, this action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

SO OREDERED.

Dated this 28 day of January, 2021.

_____
HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE